UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ELLAINA T. DAVIS

VERSUS

COMMISSIONER OF SOCIAL SECURITY

CIVIL ACTION

21-480-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Richard L. Bourgeois, Jr. dated January 18, 2023, to which an *Objection*[2] was filed and a *Response*[3] filed thereafter. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,** the Commissioner's decision is AFFIRMED, and this matter is DISMISSED with prejudice.

Signed in Baton Rouge, Louisiana, on this 22 day of March, 2023.

*[signature]*
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 17.
[2] Rec. Doc. 18.
[3] Rec. Doc. 19.